IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH ELIZABETH MCCANN,<br>Plaintiff, | : | CIVIL ACTION |
| vs. | : | NO.   21-cv-4558 |
| KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br>Defendant. | : | |

## O R D E R

AND NOW, this 23rd day of March 2022, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Lynne A. Sitarski, and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. the Report and Recommendation is **APPROVED** and **ADOPTED**;

2. the Commissioner's uncontested Motion to Remand (ECF No. 11) is **GRANTED**;

3. Plaintiff's Request for Review (ECF No. 7) is **DENIED as moot**; and

4. this matter is **REMANDED** to the Commissioner for further proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

/s/ *Chad F. Kenney*

_____
CHAD F. KENNEY,   J.